Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise consists of synthetic resins in chief value of vinyl alcohol, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 5, 1963

No. 67797.—Ace Importing Co., Inc., et al. v. United States, protests 59/2163, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 67798.—Ace Import Co., Inc., et al. v. United States, protests 60/21146, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 67799.—Schick X-Ray Co., Inc. v. United States, protests 59/19233, 60/14596, and 60/8219 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all materials respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.